# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

**FILED**
OCT 10 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Jonathan Lee Riches©,
Plaintiff

V.

Civil No

**W07CA330**

BRANCH DAVIDIANS;
DAVID KORESH;
VERNON HOWELL;
ISABEL G. ANDRADE;
STEPHEN E. THOMPSON;
JAIME CASTILLO;
BRAD EUGENE BRANCH;
RENOS LENNY AVRAAM;
GRAEME LEONARD CRADDOCK;
KEVIN A. WHITECLIFF,
DEFENDANTS

## Complaint
"A MAJOR CULT REVOLT"
"TRO TEMPORARY RESTRAINING ORDER"

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to issue a order for Defendants Named in this suit to respond. This is a civil rights and constitutional violations suit, and crimes Defendants committed pursuant to: Murder, Extortion, RICO, Major fraud, deceit, Aiding and Abetting, torture, Kidnapping, Copyright violations, Trading with the enemy act, harassment, and Terroristic Threats. Plaintiff moves for a TRO temporary restraining order Against Defendants. Plaintiff seeks $500,000,000.00 Million dollars and the title deed to the Branch Davidian compound. Plaintiff prays for relief

**1**

David Koresh and his Davidian Defendants are still alive and are Roaming the Earth underneath the crust in tunnels creating havoc on the world. The cult has been alive since 1993.

On Nov 11, 2007 Defendants plan to burn Janet Reno's home.

Spring 2007 - Defendants burned down the Furniture warehouse in Charleston, S.C that killed 9 fire fighters.

July 10, 2007 - The Crandall mine collapsed because miners would not convert to Defendants Seventh Day Adventist Beliefs. At the Sago mine in West Virginia, McCoy was the only to live because he promised to join Koresh's cult. I never promised anything - Now Defendants are after my Bones!

**2**

Defendants have been Brainwashing, harassing, torturing, Kidnapping my life since Feb 25th, 2003. They are digging tunnels to my cell at FCI Williamsburg and plan to suck me to hell. Defendants have a underground Elevator chamber which drops 12,000 miles below the earth to Hot Molten Rock, who ever dissents from their beliefs, they fry them under the Earth. They already took Natalie Holloway from Aruba, Jimmy Hoffa, Children on Milk cartons, and Waldo. I'm next.

**3**

Defendants burned the BP Refinery in Texas City. On Aug 29, 2005, Defendants cracked the levees in New Orleans for pay back to the Army Corps of Engineers. Defendants sent subliminal messaging to Brian Nichols in Atlanta to kill Judge Barnes.

~~TRO Temporary Restraining Order~~

Defendants want to surround me in pagan white sheets because I know they are Alive. This court needs to Booby trap the earth to catch them, Flood the tunnels to flush them out, Send C.A.P.D Swat teams to Negotiate. Defendants are harboring Harriet Tubman and underground hackers and cyber criminals. This plot must be stopped. I'm entitled to relief under the whistle blowing act. "Watch what you do, or I'll sue You"

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Respectfully Submitted

*[signature]*
Jonathan Lee Riches©

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC
04 OCT 2007 PM

United States District Court
Western District of Texas
800 Franklin Ave
Waco, Texas 76701

76701+1336