IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, § <br> REG. NO. 40948-018, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> BRANCH DAVIDIANS, et al., § <br>     Defendants. § | Civil No. W-07-CA-330 |

## J U D G M E N T

In accordance with the Order of this Court entered this date, the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* in this case pursuant to 28 U.S.C. § 1915(g), and this case is **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Clerk of the Court not accept any future civil complaint or petition submitted by Plaintiff for filing, either directly or indirectly by transfer, unless he shall have first obtained prior written consent from a United States District Judge. Any future pleadings received from Plaintiff, without prior written consent, shall be logged for administrative purposes only and no further action taken upon them.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any relief not specifically granted in the Judgment is **DENIED.**

**SIGNED** on this 30th day of October, 2007.

_____
WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE